choi70.ind2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEUK SOON CHOI, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. **08-00003** <br><br> **INDICTMENT** <br><br> **CRIMINAL CONSPIRACY** <br> [18 U.S.C. §§ 2 & 371] <br><br> **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** <br> [18 U.S.C. §§ 2 & 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A) |

THE GRAND JURY CHARGES:

**COUNT I - CRIMINAL CONSPIRACY**

On or about March 25, 2004, within the District of Guam, the defendant herein, DEUK SOON CHOI, did willfully and knowingly combine, conspire, confederate and agree with Eun Young Lee and others, both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform at least an overt act for the purpose of carrying out

the conspiracy, to-wit: the submission of an application for a Guam driver's license, said application bearing a false Taxpayer Identification Number (TIN) 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

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 371.

### COUNT II - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

On or about March 25, 2004, in the District of Guam, the defendant herein, DEUK SOON CHOI, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 1228097589, by means of a false Internal Revenue Service Taxpayer Identification Number (TIN) 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii) and 1028(c)(3)(A).

DATED this 23rd day of JANUARY 2008.

A TRUE BILL.

**REDACTED**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

**Criminal Case Cover Sheet**                                    **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____         Related Case Information:             **08-00003**

Country/Parish _____       Superseding Indictment _____ Docket Number _____
                                     Same Defendant _____ New Defendant __x__
                                     Search Warrant Case Number _____
                                     R 20/ R 40 from District of _____

**Defendant Information:**

    Juvenile: Yes _____ No __X__   Matter to be sealed: __x__ Yes _____ No

Defendant Name     __DEUK SOON CHOI__

Alias Name      _____

Address      _____

     _____

**RECEIVED JAN 23 2008**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birthdate _Xx/xx/___  SS# _xxx-xx-___  Sex _F_  Race _A_  Nationality_Korean___

**U.S. Attorney Information:**

AUSA __Karon V. Johnson_____

**Interpreter:** ____ No _X_ Yes    List language and/or dialect: _Korean_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1 2__   ____ Petty  ____ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2, 371 | Criminal Conspiracy | 1 |
| Set 2 | 18 USC 2, 1028(a)(1); 1028(b)(1)(A)(ii); 1028(c)(3)(A) | Fraud in Connection with Identification Documents | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/5/07__   Signature of AUSA: __Karon V Johnson__