AO 442    (Rev. 08/07)  Warrant for Arrest

**RECEIVED**

JAN 2 4 2008

US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

DEUK SOON CHOI

## WARRANT FOR ARREST

Case Number:  CR-08-00003-001

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DEUK SOON CHOI _____
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**FILED**
**DISTRICT COURT OF GUAM**

APR 0 1 2008

**JEANNE G. QUINATA**
**Clerk of Court**

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release ☐ Probation ☐ Supervised Release ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with   (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2 & 1028(a)(1); 1028(b)(1)(A)(ii)
   & 1028(c)(3)(A)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008        Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

Tamuning

| DATE RECEIVED 1·23·08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3·31·08 | TFO RI Quichocho | |

**ORIGINAL**

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   DEUK SOON CHOI _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____