**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00003　　　　　　　　　　　　DATE: April 01, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 1:33:11 - 1:49:50

**APPEARANCES:**
Defendant: Deuk Soon Choi　　　　　　　Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Samuel S. Teker appointed to represent the defendant.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: