# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**DEUK SOON CHOI,**<br><br>Defendant. | CRIMINAL CASE NO. 08-00003<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the SAMUEL S. TEKER is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 31, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 01, 2008