# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00003                    DATE: May 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 1:33:10 - 1:59:57

**APPEARANCES:**
Defendant: Deuk Soon Choi, n.k.a. Pereda          Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.                 ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                       U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung W. Yoon                          Language: Korean

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement.
- Defendant consented to a Rule 11 Plea in Felony Case before a Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: August 21, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: July 17, 2008
- Response to Presentence Report: July 31, 2008
- Final Presentence Report due to the Court: August 14, 2008
- Defendant released to third party with conditions.

NOTES: