```
                                                    FILED
                                             DISTRICT COURT OF GUAM

                                                   MAY 23 2008

                                                JEANNE G. QUINATA
                                                   Clerk of Court
```

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00003 |
| Plaintiff, ) | |
| ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. ) | **A FELONY CASE BEFORE UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| DEUK SOON CHOI, n.k.a. PEREDA, ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this 23rd day of May 2008.

*[signature]*
DEUK SOON CHOI, n.k.a. PEREDA
Defendant

*[signature]*
SAMUEL S. TEKER
Attorney for Defendant

APPROVED:

*[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney