PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:** Judy Anne L. Ocampo, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**

[ ] **Disposition of Original Notice**

Date: **May 23, 2008**

By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Date:

By:

| | | | |
|---|---|---|---|
| Defendant: | **CHOI, Deuk Soon n.k.a. PEREDA** | Case Number: | **Criminal Case #08-00003-001** |
| Date of Birth: | **XX-XX-1970** | Place of Birth: | **Chullado, South Korea** |
| SSN: | **XXX-XX-0095** | Alien ("A") Number: | **Unknown** |

**NOTICE OF COURT ORDER** (Order Date: **May 23, 2008**)

[x] The above-named defendant surrendered Passport Number **XXXXXXXXXX** (Issuing Country: **Korea**) to the custody of the U.S. Probation Office on **May 27, 2008**.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)