1

2

3

4

5

6

7       IN THE DISTRICT COURT OF GUAM

8              FOR THE TERRITORY OF GUAM

9

10  UNITED STATES OF AMERICA,              )   CRIMINAL CASE NO. 08-00003
                                           )
                          Plaintiff.       )
11                                         )   **ORDER ACCEPTING PLEA OF GUILTY**
               vs.                         )   **AND ADJUDICATING GUILT, AND**
12                                         )   **NOTICE OF SENTENCING**
    DEUK SOON CHOI, n.k.a. PEREDA,         )
13                                         )
                          Defendant.       )
14  _____   )

15       Pursuant to the Report and Recommendation of the United States Magistrate Judge, to

16  which there has been no timely objection, the plea of guilty of the Defendant to Count I of an

17  Indictment charging her with Criminal Conspiracy, in violation of 18 U.S.C. §§ 2 and 371, is

18  now Accepted and the Defendant is Adjudged Guilty of such offense.  All parties shall appear

19  before this Court for sentencing on August 21, 2008, at 9:30 a.m.

20       IT IS SO ORDERED.

21

22                                         **/s/ Frances M. Tydingco-Gatewood**
                                                **Chief Judge**
23                                         **Dated: Jun 11, 2008**

24

25

26

27

28