DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | Criminal Case No. 08-00003 |
| vs. | |
| **DEUK SOON CHOI**, | **ORDER** |
| Defendant. | |

The Defendant's sentencing is presently scheduled for August 21, 2008. The court hereby vacates the sentencing date in this matter. On August 15, 2008 defense counsel raised an issue in *United States v. Ji Eon Lee*, Criminal Case 08-00016 that may very well affect the United States charge of the Defendant, Deuk Soon Choi. Once the issue is resolved the court will set this matter for sentencing if appropriate.

**SO ORDERED.**

        **/s/ Frances M. Tydingco-Gatewood**
           **Chief Judge**
       **Dated: Aug 15, 2008**